| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1**
Brian C. Nicholas, Esquire
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
bnicholas@kmllawgroup.com
dcarlon@kmllawgroup.com
Attorneys for the Secured Creditor
U.S. Bank Trust, N.A., as Trustee For LSF9 Master participation Trust

**Order Filed on April 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:
Guiteau Destin
Mona Destin

Debtors

Case No.: 14-15049
Chapter 13
Judge:   Michael B. Kaplan

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 12, 2018**

*Honorable Michael B. Kaplan
United States Bankruptcy Judge*

Upon the motion of  U.S. Bank Trust, N.A., as Trustee For LSF9 Master participation Trust, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **Land and premises commonly known as, 2041 Trenton Ave, Whiting NJ 08759**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Guiteau Destin  
Mona Destin  
    Debtors

Case No. 14-15049-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 12, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.  
db/jdb       +Guiteau Destin, Mona Destin, 2041 Trenton Ave, Whiting, NJ 08759-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:

           Albert Russo    docs@russotrustee.com  
           Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor Bayview Loan Servicing, LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Michael Frederick Dingerdissen    on behalf of Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
           Nicholas V. Rogers    on behalf of Creditor BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
           Thomas J Palmer    on behalf of Joint Debtor Mona Destin tpalmeresq@aol.com  
           Thomas J Palmer    on behalf of Debtor Guiteau Destin tpalmeresq@aol.com  
           William M.E. Powers, III    on behalf of Creditor Bayview Loan Servicing, LLC ecf@powerskirn.com  
                                                                                         TOTAL: 9