UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Guiteau Destin and Mona Destin

| | |
|---|---|
| Case Number: | 14-15049 |
| Hearing Date: | 6/26/2018 |
| Judge: | KAPLAN |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____Thomas J Palmer_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _____US Bank_____ is reinstated effective the date of this order.

*rev.7/12/16*