UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Guiteau Destin and Mona Destin

| | |
|---|---|
| Case Number: | 14-15049 |
| Hearing Date: | 6/26/2018 |
| Judge: | KAPLAN |
| Chapter: | 13 |

Recommended Local Form:  ☐ Followed  ☐ Modified

**ORDER REINSTATING AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 26, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____Thomas J Palmer_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _____US Bank_____ is reinstated effective the date of this order.

*rev.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re: Case No. 14-15049-MBK
Guiteau Destin Chapter 13
Mona Destin
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 1 Date Rcvd: Jun 26, 2018
 Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db/jdb +Guiteau Destin,   Mona Destin,   2041 Trenton Ave,   Whiting, NJ 08759-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
 Albert   Russo    docs@russotrustee.com
 Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
 Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC
 bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
 Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
 PARTICIPATION TRUST dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
 Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
 LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
 Nicholas V. Rogers    on behalf of Creditor    BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
 FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
 Thomas J Palmer    on behalf of Joint Debtor Mona   Destin tpalmeresq@aol.com
 Thomas J Palmer    on behalf of Debtor Guiteau   Destin tpalmeresq@aol.com
 William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
 TOTAL: 9