Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–15049–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Guiteau Destin
2041 Trenton Ave
Whiting, NJ 08759

Mona Destin
2041 Trenton Ave
Whiting, NJ 08759

Social Security No.:
   xxx–xx–7709                                                    xxx–xx–9810

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 6, 2014.

On October 31, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              December 11, 2018
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 5, 2018
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 14-15049-MBK
Guiteau Destin                                                                          Chapter 13
Mona Destin
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Nov 05, 2018
                              Form ID: 185             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
```
db/jdb         +Guiteau Destin,    Mona Destin,    2041 Trenton Ave,    Whiting, NJ 08759-2213
aty            +Wiliam M.E. Powers, III,    Powers Kirn, LLC,    PO Box 848,    Moorestown, NJ 08057-0848
cr             +BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FA,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514639035       American Express,    PO Box 981537,    El Paso, TX 79998-1537
514850694       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514917287      +Bayview Loan Servicing, LLC,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514918120       Bayview Loan Servicing, LLC,    M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
514639038       Chase,    PO Box 24696,    Columbus , OH-432240696
514639039       Chase Bank USA NA,    PO Box 15298,    Wilmington , DE-198505298
514639040      +Citibank (South Dakota), N.A.,    701 East 60th Street,    North Sioux Falls,SD 57104-0493
514639041       Citibank NA,    PO Box 769006,    San Antonio , TX-782459006
514679613      +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
514639050      +IC SYSTEM INC,    PO Box 64378,    Saint Paul, MN 55164-0378
514639051      +JCP&L,    PO Box 3687,    Akron, OH 44309-3687
514655588      +M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
514639052       MACY'S/DSNB,    PO Box 8218,    Mason , OH-450408218
514639053       Ocean County Board of Social Services,    P.O. Box 547,    Toms River, NJ 08754-0547
514747602      +Roselie Vital,    599 East 84th St.,    Brooklyn, NY 11236-3224
514639061       THD/CBNA,    PO Box 6497,    Sioux Falls , SD-571176497
516558683      +U.S. Bank Trust, N.A., as Trustee,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
516558684      +U.S. Bank Trust, N.A., as Trustee,    13801 Wireless Way,    Oklahoma City, OK 73134,
                 U.S. Bank Trust, N.A., as Trustee,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
514639063    #+Zucker Goldberg & Ackerman LLC,    200 Sheffield St., Suite 101,    Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2018 00:15:08     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 00:15:06     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: camanagement@mtb.com Nov 06 2018 00:14:42     Bayview Loan Servicing, LLC,
                 c/o M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
514639036       E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 06 2018 00:15:04     Asset Acceptance,Llc,
                 PO Box 2036,    Warren , MI-480902036
514639037      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2018 00:14:44     Chadwicks of Boston,
                 PO Box 182789,    Columbus, OH 43218-2789
514639042      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2018 00:14:44     Comenity Bank/Brylnhme,
                 PO box 182789,    Columbus, OH 43218-2789
514639043       E-mail/Text: bknotice@ercbpo.com Nov 06 2018 00:15:12     Enhanced Recovery Co LLC,
                 8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
514639044      +E-mail/Text: fggbanko@fgny.com Nov 06 2018 00:14:20     Forster, Garbus & Garbus,
                 Glen S. Garbus, Esq.,    7 Banta Place,    Hackensack, NJ 07601-5604
514639045      +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2018 00:24:40     GE CAPITAL/WALMART,
                 PO Box 965024,    Orlando, FL 32896-5024
514639046      +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2018 00:24:15     GECRB/LOWES,    PO Box 965005,
                 Orlando , FL-328965005
514639047      +E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2018 00:24:40     GECRB/MODELLS DC,    PO Box 965005,
                 Orlando, FL 32896-5005
514639048      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 06 2018 00:24:05
                 Healthcare Funding Sltns LLC,    4340 S Monaco St Unit 2,    Denver, CO 80237-3485
514639054       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 00:24:24
                 Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
514920560       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 00:24:50
                 Portfolio Recovery Associates, LLC,    c/o Brylane Home,    POB 41067,    Norfolk VA 23541
514919980       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 00:23:57
                 Portfolio Recovery Associates, LLC,    c/o Chadwicks,    POB 41067,    Norfolk, VA 23541
514830346       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 00:24:24
                 Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
514920563       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 00:24:23
                 Portfolio Recovery Associates, LLC,    c/o Metrostyle,    POB 41067,    Norfolk, VA 23541
514919979       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 06 2018 00:24:23
                 Portfolio Recovery Associates, LLC,    c/o Roamans,    POB 41067,    Norfolk, VA 23541
514639058      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2018 00:14:44     Roamans Card,
                 PO Box 182789,    Columbus, OH 43218-2789
514639059      +E-mail/Text: bankruptcy@senexco.com Nov 06 2018 00:14:14     Senex Services,
                 3500 Depauw Blvd. Ste 3050,    Indianapolis, IN 46268
514639060       E-mail/Text: bankruptcy@td.com Nov 06 2018 00:15:10     TD Bank,    PO Box 219,
                 Operations Center,    Lewiston , ME-042430219
```

```
District/off: 0312-3           User: admin              Page 2 of 2                 Date Rcvd: Nov 05, 2018
                               Form ID: 185             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514865700          E-mail/Text: bankruptcy@td.com Nov 06 2018 00:15:10      TD Bank N.A.,    Attn: Bankruptcy Dept.,
                    ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
514639062         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 06 2018 00:14:44      WFNNB/ Metro Style,
                    PO Box 182789,    Columbus, OH 43218-2789
                                                                                                TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
514639049*     +Healthcare Funding Sltns LLC,    4340 S Monaco St Unit 2,    Denver, CO 80237-3485
514639055*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,
                  Norfolk, VA 23502)
514639056*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,
                  Norfolk, VA 23502)
514639057*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,
                  Norfolk, VA 23502)
                                                                                   TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor   BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
               FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Sindi   Mncina    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              Thomas J Palmer    on behalf of Debtor Guiteau   Destin tpalmeresq@aol.com
              Thomas J Palmer    on behalf of Joint Debtor Mona   Destin tpalmeresq@aol.com
              William M.E. Powers, III    on behalf of Creditor   Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                                 TOTAL: 11
```