UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Guiteau amd Mona Destin

Case No.: 14-15049

Chapter: 13

Judge: Michael B. Kaplan

# NOTICE OF FAILURE TO FILE SUPPLEMENTAL
# DOCUMENTS CONCERNING SCHEDULES

TO: Thomas J Palmer, Esq.

This will confirm that on 10/31/2018 the following document(s) was filed by you.

☒ Amendment to Schedule(s) J ̶ ,

☐ Missing Documents, including Schedule(s) ___ ,

This will further confirm that the court has not received the following supplemental documents:

☐ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 11/5̶/2018                                            Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Guiteau Destin  
Mona Destin  
    Debtors

Case No. 14-15049-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 05, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.  
db/jdb      +Guiteau Destin, Mona Destin, 2041 Trenton Ave, Whiting, NJ 08759-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                         TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:

        Albert Russo    docs@russotrustee.com  
        Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor Bayview Loan Servicing, LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Michael Frederick Dingerdissen    on behalf of Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
        Nicholas V. Rogers    on behalf of Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
        Nicholas V. Rogers    on behalf of Creditor BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
        Sindi Mncina    on behalf of Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@rascrane.com  
        Thomas J Palmer    on behalf of Joint Debtor Mona Destin tpalmeresq@aol.com  
        Thomas J Palmer    on behalf of Debtor Guiteau Destin tpalmeresq@aol.com  
        William M.E. Powers, III    on behalf of Creditor Bayview Loan Servicing, LLC ecf@powerskirn.com  
                                                                     TOTAL: 11