**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Guiteau Destin | Social Security number or ITIN  xxx–xx–7709 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Mona Destin | Social Security number or ITIN  xxx–xx–9810 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    14–15049–MBK

## Order of Discharge                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Guiteau Destin                                      Mona Destin


6/6/19                                              **By the court:** Michael B. Kaplan
                                                                   United States Bankruptcy Judge


### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                        Case No. 14-15049-MBK
Guiteau Destin                                                Chapter 13
Mona Destin
        Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jun 07, 2019
                              Form ID: 3180W           Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db/jdb         +Guiteau Destin,    Mona Destin,    2041 Trenton Ave,    Whiting, NJ 08759-2213
aty            +Wiliam M.E. Powers, III,    Powers Kirn, LLC,    PO Box 848,    Moorestown, NJ 08057-0848
cr             +BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FA,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514918120       Bayview Loan Servicing, LLC,    M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
514917287      +Bayview Loan Servicing, LLC,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514639038       Chase,    PO Box 24696,    Columbus , OH-432240696
514639051      +JCP&L,    PO Box 3687,    Akron, OH 44309-3687
514655588      +M&T Bank,    PO Box 619063,    Dallas, TX 75261-9063
514639053       Ocean County Board of Social Services,    P.O. Box 547,    Toms River, NJ 08754-0547
514747602      +Roselie Vital,    599 East 84th St.,    Brooklyn, NY 11236-3224
517863711      +U.S. BANK TRUST, N.A., AS TRUSTEE ET.AL.,    CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY OK 73134-2500
516558683      +U.S. Bank Trust, N.A., as Trustee,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
516558684      +U.S. Bank Trust, N.A., as Trustee,    13801 Wireless Way,    Oklahoma City, OK 73134,
                 U.S. Bank Trust, N.A., as Trustee,    13801 Wireless Way,    Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2019 00:22:16     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2019 00:22:13     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: camanagement@mtb.com Jun 08 2019 00:21:52     Bayview Loan Servicing, LLC,
                 c/o M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
514639035       EDI: AMEREXPR.COM Jun 08 2019 03:53:00     American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
514850694       EDI: BECKLEE.COM Jun 08 2019 03:53:00     American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
514639036       EDI: ACCE.COM Jun 08 2019 03:53:00     Asset Acceptance,Llc,    PO Box 2036,
                 Warren , MI-480902036
514639037      +EDI: WFNNB.COM Jun 08 2019 03:53:00     Chadwicks of Boston,    PO Box 182789,
                 Columbus, OH 43218-2789
514639039       EDI: CHASE.COM Jun 08 2019 03:53:00     Chase Bank USA NA,    PO Box 15298,
                 Wilmington , DE-198505298
514639040      +EDI: CITICORP.COM Jun 08 2019 03:53:00     Citibank (South Dakota), N.A.,
                 701 East 60th Street,    North Sioux Falls,SD 57104-0493
514639041       EDI: CITICORP.COM Jun 08 2019 03:53:00     Citibank NA,    PO Box 769006,
                 San Antonio , TX-782459006
514639042      +EDI: WFNNB.COM Jun 08 2019 03:53:00     Comenity Bank/Brylnhme,    PO box 182789,
                 Columbus, OH 43218-2789
514679613      +EDI: TSYS2.COM Jun 08 2019 03:53:00     Department Stores National Bank/Macys,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
514639043      +E-mail/Text: bknotice@ercbpo.com Jun 08 2019 00:22:22     Enhanced Recovery Co LLC,
                 8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
514639044      +E-mail/Text: fggbanko@fgny.com Jun 08 2019 00:21:25     Forster, Garbus & Garbus,
                 Glen S. Garbus, Esq.,    7 Banta Place,    Hackensack, NJ 07601-5604
514639045      +EDI: RMSC.COM Jun 08 2019 03:53:00     GE CAPITAL/WALMART,    PO Box 965024,
                 Orlando, FL 32896-5024
514639046       EDI: RMSC.COM Jun 08 2019 03:53:00     GECRB/LOWES,    PO Box 965005,    Orlando , FL-328965005
514639047      +EDI: RMSC.COM Jun 08 2019 03:53:00     GECRB/MODELLS DC,    PO Box 965005,
                 Orlando, FL 32896-5005
514639048      +EDI: RESURGENT.COM Jun 08 2019 03:53:00     Healthcare Funding Sltns LLC,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
514639050      +EDI: IIC9.COM Jun 08 2019 03:53:00     IC SYSTEM INC,    PO Box 64378,
                 Saint Paul, MN 55164-0378
514639052       EDI: TSYS2.COM Jun 08 2019 03:53:00     MACY'S/DSNB,    PO Box 8218,    Mason , OH-450408218
514639054       EDI: PRA.COM Jun 08 2019 03:53:00     Portfolio Recovery Associates,
                 120 Corporate Blvd Ste 100,    Norfolk, VA 23502
514920560       EDI: PRA.COM Jun 08 2019 03:53:00     Portfolio Recovery Associates, LLC,    c/o Brylane Home,
                 POB 41067,    Norfolk VA 23541
514919980       EDI: PRA.COM Jun 08 2019 03:53:00     Portfolio Recovery Associates, LLC,    c/o Chadwicks,
                 POB 41067,    Norfolk, VA 23541
514830346       EDI: PRA.COM Jun 08 2019 03:53:00     Portfolio Recovery Associates, LLC,    c/o Lowes,
                 POB 41067,    Norfolk VA 23541
514920563       EDI: PRA.COM Jun 08 2019 03:53:00     Portfolio Recovery Associates, LLC,    c/o Metrostyle,
                 POB 41067,    Norfolk, VA 23541
514919979       EDI: PRA.COM Jun 08 2019 03:53:00     Portfolio Recovery Associates, LLC,    c/o Roamans,
                 POB 41067,    Norfolk, VA 23541
```

```
District/off: 0312-3          User: admin             Page 2 of 2                  Date Rcvd: Jun 07, 2019
                              Form ID: 3180W          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514639058     +EDI: WFNNB.COM Jun 08 2019 03:53:00      Roamans Card,   PO Box 182789,
               Columbus, OH 43218-2789
514639059     +E-mail/Text: bankruptcy@senexco.com Jun 08 2019 00:21:18      Senex Services,
               3500 Depauw Blvd. Ste 3050,   Indianapolis, IN 46268
514639060      EDI: TDBANKNORTH.COM Jun 08 2019 03:53:00      TD Bank,   PO Box 219,   Operations Center,
               Lewiston , ME-042430219
514865700      EDI: TDBANKNORTH.COM Jun 08 2019 03:53:00      TD Bank N.A.,   Attn: Bankruptcy Dept.,
               ME2-002-035,   P.O. Box 9547,   Portland, ME 04112-9547
514639061      EDI: CITICORP.COM Jun 08 2019 03:53:00      THD/CBNA,   PO Box 6497,
               Sioux Falls , SD-571176497
514639062     +EDI: WFNNB.COM Jun 08 2019 03:53:00      WFNNB/ Metro Style,   PO Box 182789,
               Columbus, OH 43218-2789
                                                                                              TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
514639049*     +Healthcare Funding Sltns LLC,   4340 S Monaco St Unit 2,   Denver, CO 80237-3485
514639055*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,   120 Corporate Blvd Ste 100,
                Norfolk, VA 23502)
514639056*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,   120 Corporate Blvd Ste 100,
                Norfolk, VA 23502)
514639057*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates,   120 Corporate Blvd Ste 100,
                Norfolk, VA 23502)
514639063     ##+Zucker Goldberg & Ackerman LLC,   200 Sheffield St., Suite 101,   Mountainside, NJ 07092-2315
                                                                              TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
               FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST smncina@rascrane.com
              Thomas J Palmer    on behalf of Debtor Guiteau   Destin tpalmeresq@aol.com
              Thomas J Palmer    on behalf of Joint Debtor Mona   Destin tpalmeresq@aol.com
              William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com
                                                                                              TOTAL: 11
```