|  |
|---|
| DISTRICT OF NEW JERSEY |
| UNITED STATES BANKRUPTCY COURT |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| SCHILLER, KNAPP, LEFKOWITZ & HERTZEL LLP |
| 30 Montgomery Street, Suite 1205 |
| Jersey City, New Jersey 07302 |
| (518) 786-9069 |
| Joseph G. Devine, Jr., Esq. (ID #031072011) |
| Attorneys for Creditor TD Bank. N.A. |

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GUITEAU DESTIN

MONA DESTIN,

                Debtors.

Case No.: 14-15049-MBK

Judge: Hon. Michael B. Kaplan

Chapter: 13

### ORDER GRANTING MOTION TO REDACT

The relief set forth on the following page is **ORDERED**.

**DATED: March 26, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

WHEREAS, a Motion was brought before the Court by TD Bank (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 6-1 filed on June 19, 2014 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document within five (5) days from the entry of this Order, if such redacted document has not been filed prior to entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Guiteau Destin  
Mona Destin  
    Debtors

Case No. 14-15049-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin                Page 1 of 1                      Date Rcvd: Mar 27, 2020  
                          Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.  
db/jdb      +Guiteau Destin, Mona Destin, 2041 Trenton Ave, Whiting, NJ 08759-2213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:

           Albert Russo    docs@russotrustee.com  
           Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank N.A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com  
           Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
           Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
           Nicholas V. Rogers    on behalf of Creditor    BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
           Sindi Mncina    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST smncina@rascrane.com  
           Thomas J Palmer    on behalf of Joint Debtor Mona Destin tpalmeresq@aol.com  
           Thomas J Palmer    on behalf of Debtor Guiteau Destin tpalmeresq@aol.com  
           William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com  
                                                                                                                TOTAL: 12